**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

---

Courtroom Deputy: Cathy Pearson            Date:  August 6, 2014
Court Reporter:     Tammy Hoffschildt

---

**CASE NO.     13-cv-02556-RM**

JOE DEHERRERA,                                  David H. Miller
JOE GRIEGO,
JENNIFER JOHNSON,
SCOTT JOHNSON, and
TOM LARK, on behalf of themselves, individually,
and on behalf of all others similarly situated,

        Plaintiffs,

v.

DECKER TRUCK LINE, INC.,                 Emily Fontelle Keimig
                                           Matthew M. Morrison

        Defendant.

---

**COURTROOM MINUTES**

---

**MOTION HEARING
COURT IN SESSION**:       **1:55 p.m.**

Court calls case. Appearances of counsel.

Argument given by Ms. Keimig and Mr. Miller and discussion held regarding Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim (Doc. 14, filed 11/20/13).

Court's findings.

**ORDERED:**    Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim (Doc. 14, filed 11/20/13) is DENIED as stated on the record.

**ORDERED:**    The stay of discovery is lifted.

**COURT IN RECESS**:       **2:39 p.m.**
**Total in court time**:       **00:44**
**Hearing concluded**