IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02556-RM-KLM

JOE DEHERRA, also known as Joe "J.R." Deherra,
JOE GRIEGO,
JENNIFER JOHNSON,
SCOTT JOHNSON, and
TOM LARK, on behalf of themselves, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

DECKER TRUCK LINE, INC.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order [#42]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#42] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#39] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: October 22, 2014

---

[1] "[#42]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.