IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02556-RM-KLM

JOE DEHERRA, also known as Joe "J.R." Deherra,
JOE GRIEGO,
JENNIFER JOHNSON,
SCOTT JOHNSON, and
TOM LARK, on behalf of themselves, individually, and on behalf of all others similarly situated,

      Plaintiffs,

v.

DECKER TRUCK LINE, INC.,

      Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Equitably Toll the Applicable Statutes of Limitations** [#40] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#40] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that any applicable statute of limitations is **TOLLED** for putative opt-in plaintiffs as of October 14, 2014.[1] The tolling shall continue through the conclusion of Phase I of the Civil Scheduling Order, which shall be defined as the later of either (1) the District Judge's adjudication of any dispositive motions filed by the dispositive motion deadline, or (2) a Scheduling Conference held for the purpose of entering a Phase II Civil Scheduling Order.

      DATED: December 2, 2014

---

[1] The Court previously tolled the statute of limitations from January 2, 2014, until the District Judge adjudicated the Motion to Dismiss [#14], which he did on August 6, 2014. *Order* [#23]; *Courtroom Minutes* [#31].