**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02556-RM-KLM

JOE DEHERRERA, a/k/a Joe "J.R." Deherrera,
JOE GRIEGO,
JENNIFER JOHNSON,
SCOTT JOHNSON, and
TOM LARK, on behalf of themselves, individually, and on behalf of all other similarly situated,

    Plaintiffs,

v.

DECKER TRUCK LINE, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Raymond P. Moore entered on June 10, 2015, it is

ORDERED that Defendant's Motion for Summary Judgment [49] is granted.  It is

FURTHER ORDERED that judgment is entered in favor of Defendant and against Plaintiffs.

    Dated at Denver, Colorado this 10th day of June, 2015.

                                                          FOR THE COURT:
                                                          JEFFREY P. COLWELL, CLERK

                                       By:  s/   Cathy Pearson

                                                          Cathy Pearson
                                                          Deputy Clerk